

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00314-CR

Robert M. **CASILLAS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1399
Honorable Laura Parker, Judge Presiding

# O R D E R

This appeal was scheduled for formal submission and oral argument at 2:00 p.m. on Wednesday, April 8, 2020 before a panel consisting of Justice Luz Elena Chapa, Justice Beth Watkins, and Justice Liza A. Rodriguez. It is **ORDERED** that the oral argument scheduled for that date and time is cancelled, and the submission date of April 8, 2020 is withdrawn. This appeal will be set for formal submission on a later date.

It is so **ORDERED** on this 24th day of March, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court